IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

J & J SPORTS PRODUCTIONS, INC.,
as Broadcast Licensee of the
September 13, 2008,
Casamayor/Marquez Broadcast,

        Plaintiff,

v.                                Case No. 09-cv-695

TORIBIO A. MONTERO,
CARRIE MONTERO and
JOE VENABLE, Individually, and
as officers, directors, shareholders
and/or principals of
T.A.A.S.B.A.G. TOO, INC.,
d/b/a RUDYS LA PARRILLA,
a/k/a RUDY'S LA PARRILLA, and
T.A.A.S.B.A.G. TOO, INC.,
d/b/a/ RUDYS LA PARRILLA,
a/k/a/ RUDY'S LA PARRILLA,

        Defendants.

---

## ENTRY OF DEFAULT

---

Plaintiff requests that the Clerk of Court enter default against defendants Carrie Montero and Joe Venable, individually, and as officers, directors, shareholders and/or principals of T.A.A.S.B.A.G. TOO, INC., d/b/a RUDYS LA PARRILLA, a/k/a RUDY'S LA PARRILLA, and T.A.A.S.B.A.G. TOO, INC., d/b/a/ RUDYS LA PARRILLA, a/k/a/ RUDY'S LA PARRILLA pursuant to Federal Rule of Civil Procedure 55(a).

It appearing from the record that defendants have failed to appear, plead or otherwise defend, the default of defendants Carrie Montero and Joe Venable, individually, and as officers, directors, shareholders and/or principals of T.A.A.S.B.A.G. TOO, INC., d/b/a RUDYS LA PARRILLA, a/k/a RUDY'S LA PARRILLA, and T.A.A.S.B.A.G.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

J & J SPORTS PRODUCTIONS, INC.,
as Broadcast Licensee of the
September 13, 2008,
Casamayor/Marquez Broadcast,

           Plaintiff,

v.

TORIBIO A. MONTERO,
CARRIE MONTERO and
JOE VENABLE, Individually, and
as officers, directors, shareholders
and/or principals of
T.A.A.S.B.A.G. TOO, INC.,
d/b/a RUDYS LA PARRILLA,
a/k/a RUDY'S LA PARRILLA, and
T.A.A.S.B.A.G. TOO, INC.,
d/b/a/ RUDYS LA PARRILLA,
a/k/a/ RUDY'S LA PARRILLA,

           Defendants.

Case No. 09-cv-695

---

## ENTRY OF DEFAULT

---

Plaintiff requests that the Clerk of Court enter default against defendants Carrie Montero and Joe Venable, individually, and as officers, directors, shareholders and/or principals of T.A.A.S.B.A.G. TOO, INC., d/b/a RUDYS LA PARRILLA, a/k/a RUDY'S LA PARRILLA, and T.A.A.S.B.A.G. TOO, INC., d/b/a/ RUDYS LA PARRILLA, a/k/a/ RUDY'S LA PARRILLA pursuant to Federal Rule of Civil Procedure 55(a).

It appearing from the record that defendants have failed to appear, plead or otherwise defend, the default of defendants Carrie Montero and Joe Venable, individually, and as officers, directors, shareholders and/or principals of T.A.A.S.B.A.G. TOO, INC., d/b/a RUDYS LA PARRILLA, a/k/a RUDY'S LA PARRILLA, and T.A.A.S.B.A.G.

TOO, INC., d/b/a/ RUDYS LA PARRILLA, a/k/a/ RUDY'S LA PARRILLA is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this 25th day of March, 2010.

*Peter Oppeneer*
PETER OPPENEER
Clerk of Court