IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

J & J SPORTS PRODUCTIONS, INC., as
Broadcast Licensee of the September 13, 2008,
Casamayor/Marquez Broadcast,

      Plaintiff,

  v.

TORIBIO A. MONTERO, CARRIE MONTERO
and JOE VENABLE, individually and as officers,
directors, shareholders and/or principals of
T.A.A.S.B.A.G. TOO, INC., d/b/a RUDYS LA
PARRILLA, a/k/a RUDY'S LA PARRILLA and
T.A.A.S.B.A.G. TOO, INC., d/b/a RUDYS LA
PARRILLA, a/k/a RUDY'S LA PARRILLA,

      Defendants.

DEFAULT JUDGMENT

09-cv-695-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

  The summons and complaint in this action were served on December 6, 2009 upon defendants, Carrie Montero and Joe Venable, individually, and as officers, directors, shareholders and/or principals of T.A.A.S.B.A.G. Too, Inc., d/b/a Rudys La Parrilla, a/k/a Rudy's La Parrilla and T.A.A.S.B.A.G. Too, Inc., d/b/a Rudys La Parrilla, a/k/a Rudy's La Parrilla. Defendants have failed to plead or otherwise appear in this action. Default was entered by the clerk of court on March 25, 2010.

1

Accordingly, IT IS ORDERED that defendant Carrie Montero individually, and as an officer, director, shareholder and/or principal of T.A.A.S.B.A.G. Too, Inc., d/b/a Rudys La Parrilla, a/k/a Rudy's La Parrilla and T.A.A.S.B.A.G. Too, Inc., d/b/a Rudys La Parrilla, a/k/a Rudy's La Parrilla and defendant Joe Venable, T.A.A.S.B.A.G. Too, Inc., d/b/a Rudys La Parrilla, a/k/a Rudy's La Parrilla and T.A.A.S.B.A.G. Too, Inc., d/b/a Rudys La Parrilla, a/k/a Rudy's La Parrilla are to pay J&J Sports Productions, Inc.:

1. $7,000.00 under 47 U.S.C. § 605(e)(3)(C)(i)(II);
2. $3,000.00 under 47 U.S.C. § 605(e)(3)(C)(ii); and
3. $559.00 for attorney fees and costs.

The defendants' obligation to plaintiff is joint and several.

Entered this **22d** day of April, 2010.

BY THE COURT:

*Barbara B. Crabb*
BARBARA B. CRABB
District Judge

JUDGMENT ENTERED THIS 22nd DAY OF APRIL, 2010.

By: *Lynn Koehle, Deputy Clerk*
PETER OPPENEER, CLERK OF COURT

2